UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 05-10326-JLT |
| | * | |
| TYSON J. FORD, | * | |
| | * | |
| Defendant. | * | |

ORDER

April 20, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the January 10, 2011 Report and Recommendation [#63] of Magistrate Judge Collings. For the reasons set forth in the Report and Recommendation, this court hereby orders that the Government's Motion to Dismiss Tyson Ford's Petition [#60] is ALLOWED and Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [#52] is DENIED.

Additionally, Defendant's Motion for Reconsideration [#68] is DENIED and his Motion to Defer Ruling Pending Resolution of United States v. Willie Dancy [#69] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

                                         /s/ Joseph L. Tauro
                                         United States District Judge